Irona CARTER v. STATE.

5 Div. 963.

Court of Appeals of Alabama.

Nov. 20, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

Randolph CARVER, alias Charles Weams, v. STATE.

7. Div. 277.

Court of Appeals of Alabama.
June 8, 1937.

BRICKEN, Presiding Judge.
Affirmed.

Charles CASHER v. STATE.

1 Div. 219.

Court of Appeals of Alabama.
Nov. 19, 1935.

RICE, Judge.
Appeal dismissed.

Ed CASTELLOW v. STATE.

4 Div. 287.

Court of Appeals of Alabama.
Nov. 24, 1936.

Winn & Winn, of Clayton, for appellant.
A. A. Carmichael, Atty. Gen., for appellee.

BRICKEN, Presiding Judge.
Affirmed.

Raymond CAUSEY v. MUTUAL SAVINGS LIFE INS. CO. OF DECATUR, ALA.

7 Div. 217.

Court of Appeals of Alabama.
Oct. 6, 1936.

Rehearing Denied Oct. 27, 1936.

Chas. F. Douglass, of Anniston, for appellant.

Merrill, Jones & Whiteside, of Anniston, for appellee.

SAMFORD, Judge.

Action on a policy of life insurance. From a judgment for defendant, plaintiff appeals.

This case is in all material aspects similar in facts and principles to the case of Ætna Life Ins. Co. v. Norfleet, 232 Ala. 599, 169 So. 225. On the authority of that case the judgment in this case is affirmed.

Affirmed.

Sherman CHAMBERLAIN v. STATE.

8 Div. 390.

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Appeal dismissed.